UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DASHIELL,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>        Defendant. | Case No.:  CV15-0211 JGB (SPx)<br><br>Complaint Filed: February 4, 2015<br><br>**PROTECTIVE ORDER RE CONFIDENTIAL PEACE OFFICER INFORMATION** |

# ORDER

Pursuant to the Stipulation between Plaintiffs and Defendant, and GOOD CAUSE appearing, it is hereby ordered that the parties' Stipulation for a Protective Order is a lawful and proper mechanism for maintaining the confidentiality of peace officer information, and protecting the privacy rights of the individual peace officers identified in this action, and any third parties, including third party peace officers, and the Protective Order is hereby approved.

IT IS SO ORDERED.

DATED:  August 24, 2016

_____
HON. SHERI PYM
Magistrate Judge