JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| Matthew Dashiell | Case No. EDCV 15-211 JGB (SPx) |
| --- | --- |
| Plaintiff, | |
| v. | **JUDGMENT** |
| County of Riverside | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Settlement Approval filed by Plaintiff is GRANTED. Thus, the Court:

(1) APPROVES Plaintiff's Motion for Approval of Settlement Agreement under the FLSA;

(2) ORDERS Defendant to make the payments and perform the conditions contained within the Settlement Agreement within twenty days of the date of this order;

(3) DISMISSES WITH PREJUDICE the action upon Defendant's making said payments; and

//

(4) AWARDS Plaintiff's counsel attorney's fees in the amount of $151,000.76 and costs in the amount of $5,999.24.

Dated: July 19, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge